UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ADEWUYI "EDDIE" AROJOJOYE, )<br>)<br>Defendant, )<br>and )<br>)<br>NIKE RETAIL SERVICES, INC., )<br>)<br>Third Party Citation Respondent. )<br>) | No. 08 CR 96<br><br>Judge John W. Darrah |

## TURNOVER ORDER

This matter is before the Court on the motion of the United States for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on August 30, 2006. As of November 17, 2009, the defendant has an outstanding balance of $19,839.

2. A citation to discover assets directed to respondent, Nike Retail Services, Inc., was issued on the judgment on August 26, 2009 and was served on August 31, 2009 with statutory notice to the defendant.

3. Respondent answered the citation on September 30, 2009. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control, wages belonging to the defendant, Adewuyi "Eddie" Arojojoye. Based on the respondent's answer, the United States is entitled to 15% of the defendant's gross wages for each pay period since the citation was served and continuing each pay period, until the debt is paid in full, or until respondent

no longer has custody, possession or control of any wages belonging to the defendant, or until further order of this Court.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. It is therefore,

ORDERED that respondent, Nike Retail Services, Inc., submit to the Clerk of the Court for the Northern District of Illinois, 15% of the defendant's gross wages for each pay period since the citation was served and continuing each pay period, until the debt is paid in full, or until respondent no longer has custody, possession or control of any wages belonging to the defendant, or until further order of this Court.

ENTER:

_____
United States District Judge

Date: 11/20/09